1  Daniel M. Cislo, Esq., No. 125,378
     *dan@cislo.com*
2  Mark D. Nielsen, Esq., No. 210,023
     *mnielsen@cislo.com*
3  CISLO & THOMAS LLP
   1333 2nd Street, Suite 500
4  Santa Monica, California 90401-4110
   Telephone: (310) 451-0647
5  Fax: (310) 394-4477

6  Attorneys for Defendant
   AFAM CONCEPT, INC.
7
   Mark D. Kremer, Esq., No. 100,978
8    *m.kremer@conklelaw.com*
   CONKLE, KREMER & ENGEL
9  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California 90403-2351
10 Telephone: (310) 998-9100

11 Attorney for Plaintiff,
   MOROCCANOIL, INC.
12

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MOROCCANOIL, INC., | Case No. 2:13-cv-8576 DMG(AGRx) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE [29]** |
| v. | |
| AFAM CONCEPT, INC., | |
| Defendants. | |

# **ORDER**

For good cause shown, based on the parties' stipulation submitted concurrently herewith,

IT IS HEREBY ORDERED THAT this entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED**.

Date: March 12, 2014

Dolly M. Gee
United States District Judge

Respectfully submitted:
CISLO & THOMAS LLP

By: /s/Mark D. Nielsen
    Daniel M. Cislo, Esq.
    Mark D. Nielsen, Esq.
    Attorneys for Defendant,
    AFAM CONCEPT, INC.

Date: March 10, 2014